IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 JUL 18 PM 2:32

Civil Action No. __1:25-cv-01912-RTG__
(To be supplied by the court)

STEPHEN BALL_____, Plaintiff

v.

CITY OF LAKEWOOD,_____,

LAKEWOOD POLICE DEPARTMENT,_____,

SERGEANT NICHOLAS LAGGETT_____,

AGENT BRADLEY TAYLOR_____,

AGENT CHELSEA HAMILTON_____, Defendant(s).

Jury Trial requested:
(please check one)
__X__Yes ___ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## AMENDED COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

> **Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Stephen Ball       1559 S Lee St Lakewood, CO, 80232
   (Name and complete mailing address)

720-323-3084     ball.steve.m@gmail.com
   (Telephone number and e-mail address)

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

   Defendant 1:   City of Lakewood     480 S Allison Parkway, Lakewood, CO  80226
           (Name and complete mailing address)

           303-980-7300
           (Telephone number and e-mail address if known)

   Defendant 2:   Lakewood Police Department    480 S Allison Parkway, Lakewood, CO  80226
           (Name and complete mailing address)

           303-980-7300
           (Telephone number and e-mail address if known)

   Defendant 3:   Sergeant Nicholas Laggett    480 S Allison Parkway, Lakewood, CO  80226
           (Name and complete mailing address)

           303-980-7300
           (Telephone number and e-mail address if known)

   Defendant 4:   Agent Bradley Taylor   480 S Allison Parkway, Lakewood, CO  80226
           (Name and complete mailing address)

           303-980-7300
           (Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

_X_    Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_____

_____

____    Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of _____.

If Defendant 1 is an individual, Defendant 1 is a citizen of _____.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in _____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

D.  **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:  <u>False arrest</u>
CLAIM TWO: <u>Unreasonable search and seizure</u>
CLAIM THREE: <u>Violation of due process rights</u>
CLAIM FOUR: <u>Violation of right to liberty</u>
CLAIM FIVE: <u>Malicious prosecution</u>

Supporting facts:

(1) Between the late hours of June 18th, 2023 and the early hours of June 19th, 2023, near the intersection of S Kipling St and W Alameda Ave in Lakewood, CO, my vehicle was parked on the shoulder of the road, parallel to the road, broken down due to a cooling system failure and I was waiting for a tow truck. Police and Fire showed up roughly 45 minutes later because passersby saw a car parked on the side of the road that appeared to need assistance as smoke appeared to be coming from the engine.

(2) Sergeant Nicholas Laggett (Laggett) arrived and reported that my vehicle was parked "off the side of the road." Agent Chelsea Hamilton (Hamilton) then arrived and questioned whether or not my vehicle had been in an accident. Hamilton did not notice any damage to the vehicle, property or persons and questioned Fire on scene if I had "hit anything." When two firefighters

4

D.     STATEMENT OF CLAIM(S)

told Hamilton: 'no, it looks like his radiator," unsatisfied with the response, Hamilton questioned them again, and received the same response from both, that "no, it was his radiator." Laggett left the scene.

(3)     Hamilton came to the conclusion that my vehicle was inoperable because it had been in an accident, not because of a mechanical failure. I was charged with "careless driving" and that charge initiated a "Driving Under the Influence" (DUI) traffic stop. In Colorado, a person is only considered a driver if they have actual physical control over the vehicle and if the vehicle is considered reasonably capable of being rendered operable. The only exception exists in the event of a car crash, or "careless driving," as it's defined statutorily. Hamilton lied. Hamilton charged that my car had been in an accident in order to falsify probable cause to conduct a DUI traffic stop. I refused to submit to a breathalyzer test, as I was not driving the vehicle, and was arrested for "careless driving," and "DUI."

(4)     During the arrest, Agent Bradley Taylor (Taylor) arrived on scene to assist. Taylor stated that he didn't know what probable cause was while stating that he did not see any damage to the vehicle other than to the radiator. Taylor also claimed that my vehicle was blocking traffic and would be impounded since no one would come for it, even though there was a tow truck coming to remove it from the shoulder of the road. Taylor lied.

(5)     Later during the arrest, Laggett arrived again, informed me that I was under arrest and when I asked: "Why?" he stated that it was because he "picked me up driving," which later in

5

D.     STATEMENT OF CLAIM(S)

court, he testified that the phrase is "just a figure of speech." Laggett lied.

(6)     This was not one agent telling one lie to deprive me of my rights and freedoms. This was not just a second agent covering for the lie, not holding another agent accountable, and making an arrest without knowing what probable cause was while also telling his own lies to impound my property. This was also a sergeant, a superior rank, who is responsible for adequate supervision who was telling lies of his own and encouraging the improper conduct of his subordinates.

(7)     Out of a sample of three individuals inside the Lakewood Police Department, 100% of them acted in bad faith, in multiple different ways, and the actions expand through multiple ranks within the department. If I sampled 27 more individuals and none of them showed any signs of wrong doing, the total sample would still come up with a 10% pool of officers who believe that lying to arrest a suspect is acceptable. There is clearly a systemic issue within the department in relation to training on establishing probable cause and collecting facts and evidence before making an arrest and that is why Lakewood Police Department and the City of Lakewood bear a measure of responsibility for relief.

(8)     I was later tried in criminal court for "careless driving" and "DUI" and found not guilty on both charges as the prosecution could not produce a single piece of evidence that a crime had even been committed, let alone an acquisition of probable cause to arrest a suspect.

(9)     During the arrest, law enforcement confiscated my phone which prevented me from

D.   STATEMENT OF CLAIM(S)

confirming a tow truck in route to not have my car impounded, as well as contacting my employer at the time to let them know that I would not be at work the following morning. The "no call/no show" instigated the immediate termination of my employment and upon failing to submit to a breathalyzer test, law enforcement immediately confiscated my driver's license. The DMV considered the report that I had crashed my vehicle and suspended my license; I'm not scheduled to receive it back until the first quarter of 2027 so I'm unaware of the sufferings the next year and a half have in store from not having a license.

(10)   Upon my arraignment, I was placed on "pre-trial probation," which lasted for six months, where I had to call every day to see if I needed to submit a random drug and alcohol test. I was not allowed to leave the state and I was forced to check in with a probation officer in regular intervals. I had to travel across town without a license and take these tests without a single piece of evidence against me. This lead to the breakdown of personal relationships as well as my character had been tarnished.

(11)   I volunteer at a farm and my contributions are severely hindered by the fact that I don't have a license. I'm not able to deliver extra growth to local food banks; I'm not able to travel to build community gardens for low-income residents. I'm not able to perform a number of functions that are necessary in running a farm due to the fact that I don't have a license.

(12)   It has been extremely difficult to find gainful employment without a driver's license. Even if the job does not require driving, many employers require a license as a term of employment. I

D.     **STATEMENT OF CLAIM(S)**

had also lost a second job at the time of the license suspension where driving was a main component of my duties.

(13)    I have been studying to become an agronomist and am in the middle of certification and not having a license prevents me from gathering inputs to perform the experiments necessary to achieve that certification, among other challenges. By not being able to achieve certification, my laboratory is on hold, my manufacturing is on hold and my ability to gain clients is on hold. For two years now, many potential clients have given up on my ability to manufacture and distribute products that they require and my reputation is being diminished daily.

(14)    My mental health has manifested in depressive-like states at times because now I am in fear of law enforcement. If I make a mistake when it comes to the law, I suffer greatly for it. When the police make a mistake when it comes to the law, I also have to suffer greatly for it? When I see police now, my adrenaline starts pumping, I start sweating and feeling nauseous.

(15)    My dog, who had been with me since he was a puppy was on the last year of his life at the age of 16, and without freedom, without a license, I was not able to take him to all of his favorite places around the country and I couldn't even drive him over to the farm I promised him his whole life that he would be a part of. I'll never get over the fact that he didn't get one last time doing everything he loved and it brings me sadness every time I'm reminded of it.

(16)    As the president of a think tank, it is my responsibility to meet with stakeholders and

8

D.   STATEMENT OF CLAIM(S)

community members to gather data before drafting pieces of legislation that would benefit society. My drafts have been making their way through state legislature all over the country over the past four years while in Colorado, the bills keep passing with above a 90% approval rating combined in both the house and senate. According to the Governor, $5 Billion of economic value is expected to be added to Colorado every year based on my work and that work has come to a sudden halt because I am no longer able to perform my duties as necessary.

(17)   Every day since that night, my shoulder has been in pain from the arrest and although I have not seen a doctor for it, still exhibiting pain roughly two years later is doubtfully a positive medical indicator.

(18)   I also had to spend six months acting as my own attorney to defend myself in the criminal case and have spent an inordinate amount of time preparing for this case.

(19)   The potential losses are in the 10's of millions of dollars along with possible irreparable, emotional, reputational, financial, economic, and physical damage.

**E.    REQUEST FOR RELIEF**

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

(20)   I am requesting that the Court order monetary relief in compensatory and punitive damages in the amount of $2,500,000.00 for previous, current and persistent economic, financial, reputational, physical and emotional damages.

(21)   I am requesting that the Court ensure a fair trial, maintain order and decorum, rule on legal issues and properly instruct the jury.

(22)   I am requesting that the Court facilitate the presentation of evidence, allow the jury to determine the facts and render a verdict based on law and facts.

**F.    PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

7/18/2025
_____
(Date)